IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH CUVIELLO, et al.,

    Plaintiffs,                  No. CIV S-07-1625 LKK KJM PS

    vs.

CITY OF STOCKTON, et al.,

    Defendants.             ORDER

_____/

        A status conference was held in this matter on January 30, 2008 before the undersigned. Plaintiffs appeared in propria persona. Kimberly Drake appeared for the Stockton defendants. Jonathan Rizzardi appeared for defendant IFG. Upon consideration of the status report on file in this action, discussion of plaintiffs and counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Initial disclosures under Federal Rule of Civil Procedure 26(a)(1) shall be made within thirty days from the date of this order.

        2. All parties have waived disqualification of the undersigned acting as settlement judge. A settlement conference is set for April 9, 2008 at 1:30 p.m. before the undersigned.

/////

/////

3. Discovery, including the hearing of discovery motions, shall be completed by September 10, 2008.  Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

4. Dispositive motions, other than discovery motions, shall be noticed to be heard by November 5, 2008.

5. The pretrial conference is set for January 20, 2009 at 1:30 p.m. before the Honorable Lawrence K. Karlton.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

6. Trial of this matter is set for April 21, 2009 at 10:30 a.m. before the Honorable Lawrence K. Karlton.  The parties shall file trial briefs in accordance with  Local Rule 16-285.

DATED:   February 5, 2008.

_____
U.S. MAGISTRATE JUDGE

006
cuviello.oas