IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH CUVIELLO, et al.,

      Plaintiffs,                    No. CIV S-07-1625 LKK KJM PS

    vs.

CITY OF STOCKTON, et al.,

      Defendants.            <u>ORDER</u>

                               /

         Defendant's motion to compel production of documents came on regularly for hearing July 2, 2008. Plaintiff Cuviello appeared in propria persona. G. Whitney Leigh appeared for plaintiff Bolbol. Kimberly Drake appeared for the Stockton defendants. No appearance was made for defendant IFG. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff Cuviello and counsel, and good cause appearing therefor,

THE COURT ORDERS AS FOLLOWS:

         1. Plaintiffs shall provide to defendants a privilege log for those portions of the raw footage at issue that have not been produced.

         2. The motion to compel is submitted. The court shall defer ruling on the matter to allow further meet and confer. If the dispute is narrowed, the parties shall submit, no later than the close of business on July 9, 2008, a joint statement, not exceeding four pages in length,

1

1  advising the court of the updated status of the discovery dispute.

2         3.  Any party intending to pursue fees and costs associated with the pending

3  motion shall file no later than July 9, 2008 an updated, verified accounting of fees incurred in

4  connection with the discovery dispute regarding request for production of documents, no. 12.

5  DATED:  July 3, 2008.

_____
U.S. MAGISTRATE JUDGE

006
cuviello.oah