GONZALEZ & LEIGH, LLP
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiff
DENIZ BOLBOL


JOSEPH P. CUVIELLO
P.O. Box 2834
Redwood City, CA 94064
Telephone: (650) 654-9955
Facsimile: (206) 309-7265
pcuvie@gmail.com

Plaintiff In Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, a public entity, INTERNATIONAL FACILITIES GROUP (IFG), a corporation d.b.a. IFG-STOCKTON, INC., STOCKTON POLICE OFFICER LT. TRULSON, STOCKTON ASSISTANT CITY ATTORNEY MICHAEL RISHWAIN, and DOES 1-40 in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | Case No. 2:07-CV-01625 LKK KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENANTS' TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Hearing Date: September 8, 2008<br>Time: 10:00 a.m.<br>Courtroom: 4, 15th Floor<br>Judge: The Hon. Lawrence K. Karlton<br><br>Discovery Cut-off Date: September 9, 2008<br>Pretrial Conference Date: January 20, 2009<br>Trial Date: April 21, 2009 |

WHEREAS counsel for Plaintiff Deniz Bolbol was unaware that counsel for Defendants had not agreed to accept electronic service through the Pacer notification system because they recently associated in as counsel;

WHEREAS this caused Defendants to receive actual service later the date required to maintain the current September 8 hearing date;

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS' TO FILE OPPOSITION TO
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS the next available hearing date after September 8 for hearing of motions in Courtroom 4 is September 22, 2008;

WHEREAS the subject of Plaintiffs' motion for a preliminary injunction concerns their ability to conduct expressive activities outside Stockton Arena while the Ringling Brothers circus is in town;

WHEREAS the circus arrives in Stockton on September 16, 2008, and the interest of justice would be served by this court hearing Plaintiffs' motion for a preliminary injunction prior to the arrival of the circus in Stockton;

IT IS HEREBY STIPULATED and agreed by Plaintiff Deniz Bolbol and the Defendants, by and through their undersigned counsel, and by Joseph Cuviello in Pro Se, that the schedule for filing Defendants' opposition briefs and Plaintiffs' reply brief shall be modified as follows: Defendants' opposition briefs will be due on August 29, 2008, and Plaintiffs' reply briefs will be due on September 4, 2008.  The date for hearing Plaintiffs' motion remains in Courtroom 4 of the above-captioned court on September 8, 2008, at 10:00 a.m.

**SO STIPULATED AND AGREED.**

Dated:  August 21, 2008                    GONZALEZ & LEIGH, LLP


By: _____/s/ Brian Brazier_____
      BRIAN BRAZIER


Dated:  August 21, 2008                    By: _____/s/ Patrick Cuviello_____
      PATRICK CUVIELLO


                                           MYERS, DRAKE, ET AL.
Dated:  August 21, 2008


                                           By: __/s/_____
                                                 KIMBERLY DRAKE

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: August 21, 2008 | LEWIS BRISBOIS BISGAARD & SMITH LLP |

By: ___/s/_____
JONATHAN RIZZARDI

**IT IS SO ORDERD.**

Dated: August 22, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENANTS' TO FILE OPPOSITION TO
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

PDF created with pdfFactory trial version www.pdffactory.com