UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH P. CUVIELLO and
DENIZ BOLBOL, individually,

          Plaintiffs,

    v.

CITY OF STOCKTON, a public entity, INTERNATIONAL FACILITIES GROUP (IFG), a corporation dba IFG-STOCKTON, INC., STOCKTON POLICE OFFICER LT. TRULSON, STOCKTON ASSISTANT CITY ATTORNEY MICHAEL RISHWAIN, and DOES 1-40 in their individual and official capacities, jointly and severally,

          Defendants.

NO. CIV. S-07-1625 LKK/KJM

O R D E R

    The court is in receipt of the plaintiffs' application for an order to show cause why defendants should not be held in contempt and sanctioned for violation of the court's September 16, 2008 preliminary injunction. Good cause appearing, the court orders as follows:

    1.    The defendants City of Stockton and International Facilities Group are ORDERED TO SHOW CAUSE why they

```
 1          should not be adjudged in contempt of the September 16,
 2          2008 preliminary injunction and sanctioned.
 3     2.   Defendants' briefs addressing this issue SHALL be filed
 4          and served not later than October 14, 2008.
 5     3.   Plaintiffs' response, if any, SHALL be filed and served
 6          not later than October 20, 2008.
 7     4.   A hearing on this matter is SET for November 3, 2008 at
 8          10:00 AM in Courtroom 4.
 9     IT IS SO ORDERED.
10     DATED:  October 3, 2008.
```

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT