UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH P. CUVIELLO and
DENIZ BOLBOL, individually,

          Plaintiffs,

    v.

CITY OF STOCKTON, a public entity, INTERNATIONAL FACILITIES GROUP (IFG), a corporation dba IFG-STOCKTON, INC., STOCKTON POLICE OFFICER LT. TRULSON, STOCKTON ASSISTANT CITY ATTORNEY MICHAEL RISHWAIN, and DOES 1-40 in their individual and official capacities, jointly and severally,

          Defendants.

                        NO. CIV. S-07-1625 LKK/KJM

O R D E R

Pending before the court are plaintiffs' motions to amend the scheduling order and for leave to file an amended complaint. Because the issues raised in the motions may be resolved in a status conference, the court SETS a status conference for October 27, 2008 at 2:30 PM.

IT IS SO ORDERED.

DATED: October 21, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT