UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH P. CUVIELLO and
DENIZ BOLBOL, individually,

        NO. CIV. S-07-1625 LKK/KJM

        Plaintiffs,

    v.

               O R D E R

CITY OF STOCKTON, a public
entity, INTERNATIONAL FACILITIES
GROUP (IFG), a corporation dba
IFG-STOCKTON, INC., STOCKTON
POLICE OFFICER LT. TRULSON,
STOCKTON ASSISTANT CITY ATTORNEY
MICHAEL RISHWAIN, and DOES 1-40
in their individual and official
capacities, jointly and severally,

        Defendants.

_____/

    Pending before the court are plaintiffs' motion for leave to

file an amended complaint and motion to amend the scheduling order.

The court held a status conference on October 27, 2008 to resolve

the motions, at which counsel for all parties appeared as well as

plaintiff Cuviello who is proceeding in propria persona.

Good cause appearing the court GRANTS both motions. The court

further orders as follows:

1

1.   Plaintiffs SHALL file an amended complaint not later than ten (10) days from the date of this order.

2.   Defendants SHALL respond not later than thirty (30) days from the filing of the amended complaint.

3.   The pending motion for summary judgment filed by defendants City of Stockton, Trulsson and Rishwain is CONTINUED to January 12, 2009 at 10:00 AM. Defendants' reply to that motion, if any, SHALL be filed not later than fifteen (15) days from the date of this order.

4.   Any motion for summary judgment that plaintiffs wish to file SHALL be filed not later than fifteen (15) days from the date of this order. The motion shall be noticed to be heard on January 12, 2009.

5.   Defendants' opposition to plaintiffs' motion for summary judgment or statement of non-opposition SHALL be filed not later than thirty (30) days from the date of plaintiffs' filing of their motion for summary judgment. Plaintiffs' replies, if any, SHALL be filed not later than fifteen (15) days thereafter.

6.   The deadline for conducting all discovery is hereby extended to December 12, 2008. Motions to compel must be brought not later than November 12, 2008.

7.   If after the resolution of the motions for summary judgment there remain unresolved issues in the case, the

////

////

2

1          court will set a further status conference.

2     IT IS SO ORDERED.

3     DATED:  October 28, 2008.

4

5                              _____
                               LAWRENCE K. KARLTON
6                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                       3