Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Kimberly M. Drake (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF STOCKTON, LT. CRIS TRULSSON
and MICHAEL RISHWAIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a public entity, INTERNATIONAL FACILITIES GROUP (IFG), a corporation d.b.a. IFG-STOCKTON, INC., STOCKTON POLICE OFFICER LT. TRULSON, STOCKTON ASSISTANT CITY ATTORNEY MICHAEL RISHWAIN, and DOES 1-40 in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | Case No: 2:07-CV-01625 LKK KJM<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS CITY OF STOCKTON, MICHAEL RISHWAIN, LT. CRIS TRULSSON TO FILE RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT; ORDER**<br><br>Discovery Cut-Off Date:   September 10, 2008<br>Pretrial Conference Date:   January 20, 2009<br>Trial Date:   April 21, 2009 |

    Joseph Cuviello, in pro per, and Deniz Bolbol, by and through her counsel, and the City of Stockton, Michael Rishwain and Lt. Cris Trulsson, Defendants, by and through their counsel, (hereinafter "the Parties") hereby stipulate and agree as follows:

    WHEREAS, at a Status Conference on October 27, 2008, this Court granted Plaintiffs leave to file an amended complaint;

    WHEREAS, on October 28, 2008 [Document 114], the Court ordered Plaintiffs to file an amended complaint not later than ten (10) days from the date of [the October 28, 2008] order;

    WHEREAS, on October 28, 2008 [Document 114], the Court ordered Defendants to respond to the amended complaint not later than thirty (30) days from the filing of the amended complaint;

1

JOINT STIPULATION EXTENDING DATE FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT
[2:07-CV-01625 LKK KJM]

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, Plaintiffs filed a First Amended Complaint on November 10, 2008;

2  WHEREAS, Defendants response is now due on December 10, 2008;

3  WHEREAS, the next scheduled Court date is January 12, 2009;

4  WHEREAS, Defendants are seeking a two-week extension of time to file a response to the First
5  Amended Complaint, and Plaintiffs have agreed to said extension;

6  WHEREAS, there will be no prejudice to any party to this action and no deadline already fixed
7  by the Court will be affected by the two-week extension;

8  THEREFORE, the Parties hereby stipulate and agree that Defendants shall have until
9  December 24, 2008 to file an Answer to Plaintiffs' First Amended Complaint.

10  **IT IS SO STIPULATED.**

12  DATED: December 9, 2008          Respectfully submitted,

13                                  MEYERS, NAVE, RIBACK, SILVER & WILSON

15                                  By:  /s/
                                    Kimberly M. Drake
16                                  Attorneys for Defendants
                                    City of Stockton, Michael Rishwain, Lt. Cris
17                                  Trulsson

18  DATED: December 9, 2008          Respectfully submitted,
19
                                    GONZALEZ & LEIGH LLP
20

22                                  By:  /s/
                                    G. Whitney Leigh
23                                  Attorneys for Plaintiff
                                    Deniz Bolbol

2

JOINT STIPULATION EXTENDING DATE FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFFS' FIRST AMENDED COMPLAINT
[2:07-CV-01625 LKK KJM]

PDF created with pdfFactory trial version www.pdffactory.com

DATED: December 9, 2008        Respectfully submitted,

JOSEPH CUVIELLO

By:    /s/
    Joseph Cuviello
    Plaintiff, in Pro Per

DATED: December 9, 2008        Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/
    Jonathan Rizzardi
    Attorneys for Defendant
    International Facilities Group (IFG)

## ORDER

The Court hereby adopts the Stipulation of the Parties and orders as follows:

- Defendants City of Stockton, Michael Rishwain and Lt. Cris Trulsson shall respond to Plaintiffs First Amended Complaint by December 24, 2008.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 15, 2008.

1177307.1

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com