Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Kimberly M. Drake (SBN: 209090)
kdrake@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF STOCKTON, MICHAEL RISHWAIN, STOCKTON POLICE OFFICERS LIEUTENANT TRULSSON, SERGEANT CHRISTENSEN, SERGEANT FLYNN, SERGEANT GOODNIGHT, and OFFICER BENDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a public entity, INTERNATIONAL FACILITIES GROUP (IFG), a corporation d.b.a. IFG-STOCKTON, INC., STOCKTON POLICE OFFICER LT. TRULSON, STOCKTON POLICE OFFICER SGT. CHRISTIANSON, STOCKTON POLICE OFFICER BENDER, STOCKTON POLICE OFFICER SGT. FLYNN, STOCKTON POLICE OFFICER SGT. GOODNIGHT, STOCKTON ASSISTANT CITY ATTORNEY MICHAEL RISHWAIN, STOCKTON PORT AUTHORITY, POLICE LT. NICHOLS, CONTEMPORARY SERVICES CORPORATION (CSC), REUBEN VASQUEZ, MATTHER ZENON, TARA BULZOMI, TODD LARIOS and DOES 1-40 in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | Case No: 2:07-CV-01625 LKK KJM<br><br>**STIPULATION CONTINUING THE FOLLOWING MATTERS FOR AT LEAST SIXTY DAYS:**<br>**(1) FEES AND COSTS TO BE AWARDED PLAINTIFFS AS PREVAILING PARTIES RE OSC; AND**<br>**(2) PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S JANUARY 15, 2009 CONTEMPT AND SANCTIONS ORDER;**<br>**ORDER**<br><br>Discovery Cut-Off Date:<br>Pretrial Conference Date:<br>Trial Date: |

Plaintiff Joseph Cuviello, in pro per, Plaintiff Deniz Bolbol, by and through her counsel, and Defendants the City of Stockton, Michael Rishwain, Stockton police officers Lt. Trulsson, Sgt.

1

PDF created with pdfFactory trial version www.pdffactory.com

1. Christensen, Sgt. Flynn, Sgt. Goodnight and Officer Bender, by and through their counsel, (hereinafter "the Parties") hereby stipulate and agree as follows:

WHEREAS, all parties to this action, by and through their respective counsel, reached a settlement, subject to City Council approval, at a mediation held on February 26, 2009;

WHEREAS, on January 15, 2009, the Court issued orders with respect to Plaintiffs' Application for an Order to Show Cause [Document 157];

WHEREAS, on January 23, 2009, the Court concluded that Plaintiffs were prevailing parties, entitled to attorney's fees, in connection with Plaintiffs' Application for an Order to Show Cause [Document 161];

WHEREAS, the matter of fees and costs to be awarded to Plaintiffs has been fully briefed. On or about February 9, 2009, Plaintiffs filed and served a statement of fees and costs expended in filing said Application. On or about February 19, 2009, the City filed and served objections to Plaintiffs' statement of fees and costs. On or about February 26, 2009, Plaintiffs filed and served a response to the City's objections;

WHEREAS, on or about February 9, 2009, Plaintiffs filed and served a Motion for Reconsideration of the Court's January 15, 2009 Order [Document 170];

WHEREAS, said Motion is scheduled for hearing on March 23, 2009;

WHEREAS, the City's response to said Motion is due on March 6, 2009;

WHEREAS, in furtherance of settlement and pending City Council approval, the Parties hereby stipulate and agree that it makes sense to continue the above-referenced matters pending before this Court for at least 60 days;

///
///
///
///
///
///
///

PDF created with pdfFactory trial version www.pdffactory.com

THEREFORE, the Parties hereby stipulate and agree as follows:

1. That the matter of fees and costs to be awarded to Plaintiffs as prevailing parties be continued for at least 60 days; and

2. That the hearing on Plaintiffs' Motion for Reconsideration, currently scheduled for March 23, 2009, be continued for at least 60 days, and that the deadlines for filing and serving opposition and reply papers be continued to correspond with the new hearing date.

**IT IS SO STIPULATED.**

DATED: February 27, 2009      Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By:     /S/ Kimberly M. Drake
Kimberly M. Drake
Attorneys for Defendants
City of Stockton, et al.

DATED: February 27, 2009      Respectfully submitted,

GONZALEZ & LEIGH LLP

By:     /S/ G. Whitney Leigh
G. Whitney Leigh
Attorneys for Plaintiff
Deniz Bolbol

DATED: February 27, 2009      Respectfully submitted,

JOSEPH CUVIELLO

By:     /S/ Joseph Cuviello
Joseph Cuviello
Plaintiff, in Pro Per

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court hereby adopts the Stipulation of the Parties and orders as follows:

- The matter of fees and costs to be awarded Plaintiffs as prevailing parties in connection with their Application for an Order to Show Cause is continued for at least 60 days to May 4, 2009 at 10:00 am; and

- The hearing on Plaintiffs' Motion for Reconsideration, currently set for March 23, 2009, is hereby continued for at least 60 days to May 4, 2009 at 10:00 am. The dates for filing and serving opposition papers and reply papers in connection with said Motion are also continued to correspond with the new hearing date.

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: March 2, 2009.

1177307.1

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com