1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   JOSEPH P. CUVIELLO and
     DENIZ BOLBOL, individually,

11                                       NO. Civ.S-07-1625 LKK/KJM

            Plaintiffs,

12

        v.                          **ORDER RE DISPOSAL**
13                                  **DOCUMENTS AFTER**
     CITY OF STOCKTON, et al.,       **NOTIFICATION OF SETTLEMENT**

14

            Defendants.

15   _____/

16        Counsel for defendant, IFG, has filed a Notice of Settlement

17   in the above-captioned case.  The court now orders that the

18   dispositional documents disposing of the case be filed no later

19   than March 27, 2009.

20        All hearing dates heretofore set in this matter are hereby

21   **VACATED.**

22        FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

23   IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

24   ////

25   ////

26   ////

                                   1

1 | CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

2 |      IT IS SO ORDERED.

3 |      DATED:  March 11, 2009.

4

5

6

                        LAWRENCE K. KARLTON

7 |                         SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26