1 | Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
2 | Kimberly M. Drake (SBN: 209090)
kdrake@meyersnave.com
3 | MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
4 | Oakland, CA 94607
Telephone: (510) 808-2000
5 | Facsimile: (510) 444-1108

6 | Attorneys for Defendants
CITY OF STOCKTON, MICHAEL
7 | RISHWAIN, STOCKTON POLICE
OFFICERS LIEUTENANT TRULSSON,
8 | SERGEANT CHRISTENSEN, SERGEANT
FLYNN, SERGEANT GOODNIGHT, and
9 | OFFICER BENDER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, and DENIZ BOLBOL, individually, | Case No: 2:07-CV-01625 LKK KJM |
| Plaintiffs, | |
| v. | |
| CITY OF STOCKTON, a public entity, INTERNATIONAL FACILITIES GROUP (IFG), a corporation d.b.a. IFG-STOCKTON, INC., STOCKTON POLICE OFFICER LT. TRULSON, STOCKTON POLICE OFFICER SGT. CHRISTIANSON, STOCKTON POLICE OFFICER BENDER, STOCKTON POLICE OFFICER SGT. FLYNN, STOCKTON POLICE OFFICER SGT. GOODNIGHT, STOCKTON ASSISTANT CITY ATTORNEY MICHAEL RISHWAIN, STOCKTON PORT AUTHORITY, POLICE LT. NICHOLS, CONTEMPORARY SERVICES CORPORATION (CSC), REUBEN VASQUEZ, MATTHER ZENON, TARA BULZOMI, TODD LARIOS and DOES 1-40 in their individual and official capacities, Jointly and Severally, | **JOINT STIPULATION AND ORDER CONTINUING DATE FOR DISPOSITIONAL DOCUMENTS TO BE FILED** |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the parties to this action, by and through their respective counsel, and Plaintiff Joseph Cuviello, in pro per, reached a settlement, subject to City Council approval, at a mediation held on February 26, 2009;

WHEREAS, the parties will be entering into a Settlement Agreement and Release of All Claims, a true and correct copy of which is attached hereto as Exhibit A;

WHEREAS, the aforementioned Settlement Agreement (Exhibit A) requires payment by Defendants to Plaintiffs on or before April 10, 2009, and requires that Plaintiffs execute and file a Dismissal with prejudice as to all named defendants in the Second Amended Complaint within five days of payment. (Settlement Agreement, Paras. 2 & 4.)

WHEREAS, on March 11, 2009, this Court ordered that "the dispositional documents disposing of the case be filed no later than March 27, 2009";

WHEREAS, dismissal under the Settlement Agreement may be filed by plaintiffs as described above on or before April 15, 2009 (based upon payment by defendants on or before April 10, 2009), a date after the March 27, 2009 deadline set by this Court;

WHEREAS, the parties wish to avoid the imposition of sanctions for failure to comply with the March 27, 2009 deadline;

THEREFORE, in furtherance of the settlement reached at mediation and to avoid inconveniencing the Court, the parties hereby stipulate and agree to continue to April 16, 2009 the March 27, 2009 deadline for filing dispositional documents disposing of the case.

**IT IS SO STIPULATED.**

DATED: March 25, 2009         Respectfully submitted,

                                MEYERS, NAVE, RIBACK, SILVER & WILSON

                                By:   /S/   Kimberly M. Drake
                                            Kimberly M. Drake
                                           Attorneys for Defendants
                                           City of Stockton, et al.

PDF created with pdfFactory trial version www.pdffactory.com

DATED: March 25, 2009  Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP


By:  /S/  George Ziser
     ———————————————————
     George Ziser
     Jonathan Rizzardi
     Attorneys for Defendants
     International Facilities Group, et al.

DATED: March 25, 2009  Respectfully submitted,

GONZALEZ & LEIGH LLP


By:  /S/  G. Whitney Leigh
     ———————————————————
     G. Whitney Leigh
     Attorneys for Plaintiff
     Deniz Bolbol

DATED: March 25, 2009  Respectfully submitted,

JOSEPH CUVIELLO


By:  /S/  Joseph Cuviello
     ———————————————————
     Joseph Cuviello
     Plaintiff, in Pro Per

### **ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, the Court now orders that the dispositional documents disposing of the case be filed no later than April 16, 2009. The March 27, 2009 deadline for dispositional documents is hereby vacated.

**IT IS SO ORDERED.**

Dated: March 26, 2009

———————————————————
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com