GONZALEZ & LEIGH, LLP
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
MATT SPRINGMAN (SBN 252508)
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiff
DENIZ BOLBOL

JOSEPH P. CUVIELLO
P.O. Box 2834
Redwood City, CA 94064
Telephone: (650) 654-9955
Facsimile: (209) 309-7265
pcuvie@gmail.com

Plaintiff In Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a public entity, INTERNATIONAL FACILITIES GROUP (IFG), a corporation d.b.a. IFG-STOCKTON, INC., STOCKTON POLICE OFFICER LT. TRULSON, STOCKTON POLICE OFFICER SGT. CHRISTIANSON, STOCKTON POLICE OFFICER BENDER, STOCKTON POLICE OFFICER SGT. FLYNN, STOCKTON POLICE OFFICER SGT. GOODNIGHT, STOCKTON ASSISTANT CITY ATTORNEY MICHAEL RISHWAIN, STOCKTON PORT AUTHORITY POLICE LT. NICHOLS, CONTEMPORARY SERVICES CORPORATION (CSC), REUBEN VASQUEZ, MATTHEW ZENON, and DOES 1-40 in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | Case No. 2:07-CV-01625 LKK<br><br>**PLAINTIFFS' MOTION FOR ORDER TO RELEASE PRELIMINARY INJUNCTION BOND** |

Pursuant to the Court's Preliminary Injunction Order (Docket Number 64), issued on September 16, 2008, Plaintiffs posted a bond in the amount of $100.00, one-hundred dollars, to the Clerk of the United States District Court, Eastern District of California, in Sacramento, California on September 23, 2008.

The Order expired on September 21, 2008, as it was only issued to cover September 18 through 21, 2008; Plaintiffs, therefore, respectfully request an order from the Court releasing Plaintiffs' bond so that Plaintiffs may recover their money from the Clerk of the United States District Court, Eastern District of California, in Sacramento, California.

Respectfully Submitted,

Dated: March 23, 2009         GONZALEZ & LEIGH, LLP


By:*/s/ G. Whitney Leigh*
   G. Whitney Leigh
   Attorney for Plaintiff
   DENIZ BOLBOL

Dated: March 23, 2009


By:*/s/ Joseph Cuviello*
   JOSEPH CUVIELLO
   IN PRO SE