GONZALEZ & LEIGH, LLP
MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
MATT SPRINGMAN (SBN 252508)
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiff
DENIZ BOLBOL

JOSEPH P. CUVIELLO
P.O. Box 2834
Redwood City, CA 94064
Telephone: (650) 654-9955
Facsimile: (209) 309-7265
pcuvie@gmail.com

Plaintiff In Pro Se

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, and DENIZ BOLBOL, individually,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF STOCKTON, a public entity, INTERNATIONAL FACILITIES GROUP (IFG), a corporation d.b.a. IFG-STOCKTON, INC., STOCKTON POLICE OFFICER LT. TRULSON, STOCKTON POLICE OFFICER SGT. CHRISTIANSON, STOCKTON POLICE OFFICER BENDER, STOCKTON POLICE OFFICER SGT. FLYNN, STOCKTON POLICE OFFICER SGT. GOODNIGHT, STOCKTON ASSISTANT CITY ATTORNEY MICHAEL RISHWAIN, STOCKTON PORT AUTHORITY POLICE LT. NICHOLS, CONTEMPORARY SERVICES CORPORATION (CSC), REUBEN VASQUEZ, MATTHEW ZENON, and DOES 1-40 in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | Case No. 2:07-CV-01625 LKK<br><br>**ORDER RELEASING PLAINTIFFS' PRELIMINARY INJUNCTION BOND** |

1     Pursuant to this Court's Preliminary Injunction Order, issued on September 16, 2008,
Plaintiffs posted a bond in the amount of $100.00, one-hundred dollars, to the Clerk of the
United States District Court, Eastern District of California, in Sacramento, California on
September 23, 2008.

    Whereas the Preliminary Injunction Order expired on September 21, 2008, the Court
therefore orders that the bond money be released to the Plaintiffs.

**IT IS SO ORDERED.**

DATED:   April 8, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com